AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

Matthew Christian Pitre )
v. )
PTL JACOB BECHTOLD )
Ligonier Police Department )
)
)
)
)

Case No. 1:21CV220

*Defendant(s)*

FILED
JUN 03 2021
At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  05/10/2021  in the county of  Noble  in the
Northern  District of  INDIANA , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 3571 - 4 COUNTS | Vioation of Oath of Office |
| 18 USC 241 - 1 COUNT | Denied Warrant(s) |
| 18 USC 872 - 1 COUNT | Slavery(Forced Compliance to Contracts not held) |
| 18 USC 1001 - 1 COUNT | Denied Provisions in the Constitution |
| 18 USC 2112 - 1 COUNT | Conspiracy |
| | Extortion |
| | Falsification of Documents |
| | Grand Theft each |

This criminal complaint is based on these facts:
I was traveling down Hwy 33 in my private conveynce of the time. I got in left turn only lane to turn left onto Hwy 6. Officer pulled me over and unlawfully detained me for alleged failure to signal in left turn only lane. I was informed that a wrecker was on the way to take my private property. I tried to explain to him that i was lawfully traveling and "Not For Hire" in my private property. I also tried to explain that I have a notice of liability and fee schedule on the public record and having recinded all contracts with the State. My car(private property) was taking unlawfully and held for ransom. In fear of my life and being kidnapped I complied under duress with the officer's unlawful orders

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Pitre
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/01/2021

Justin Edward Nolan
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires
9/12/2025

_____
*Notary signature*

Justin Nolan, PAG
*Printed name and title*

City and state:  Ft. Wayne Indiana

# Affidavit
# Notice of
# Right to Travel/Freedom of Movement

Revised August 2018

## ACKNOWLEDGMENT
## IN THE NATURE OF SUPPLEMENTAL RULES FOR
## ADMINISTRATIVE AND MARITIME CLAIMS RULES C (6)

**Know All Men and Women by These Presents**, that I, Matthew-Christian:Pitre©™ am the Natural Person, In Propria Persona (Not Pro Se), Sui Juris, Not a 14th Amendment Corporate Person, not 'Cognate' to, nor related to any 'Nom de Guerre' nor to any other fictional entity; created under color of law by the unclean hands of others through Misrecital or 'Artificial Legal Construct'; nor a 'Man-of-Straw'; as written, typed, photocopied, misrepresented, or deceptively scribed in ALL CAPITAL LETTERS by the unclean hands of others **state and Publish for the Record**:

1. I am of lawful age, competent and in our authorized capacity testify with respect to these matters that I am in Proper Persona as Natural Persons being In Full Life standing squarely and affirming my **Birthrights**.

2. I Reserve all Rights secured for the Natural Person/People, Citizens and Nationals, under the Supreme Law of the Land; and Reserving all other Natural Rights, Divine Rights, Substantive Rights, Liberties, Privileges and Immunities, Reserved for the People, Citizens and Nationals; secured under the Authority of the Constitution for The United States Republic of North America; and by International Law; to which the Judges of every State; the Officers of this Court; all State Agents / Agencies; all other Contractors, Officers and / or Representatives of, or for, any State Republic or Territories; or the Officers or Agent(s) of any foreign Corporate Entity, Territory or State within the united States of America, are Bound to uphold, to support, and to respect, by Law and by Oath the Supreme Law. It is further stated, for the record, that the State's hired Officers, Employees, Agent(s) and Entities (being the same, in partnership) are Bound, to support and to uphold the Constitution for The Unites States Republic; and that the unlawful theft (under a color-of-law) of my/our personal Liberties, Rights, Immunities, Person, or Property; being Held, Abridged, or Arrested by any Official, Person(s) or Agent(s) contracted by the Officers of **any city, municipal, county, state, or federal** Incorporated agency, or by its Employees, for monetary ransom, or legal extortion by virtue of (voided Due Process action(s); or for any other extorting or 'colorable' purposes, is a violation of the Substantive Rights of myself/us; a crime against the sacred Trust of the Natural People; a violation of 'Fiduciary Duty'; An 'Abandonment of Office'; a 'Perjury of Oath'; and **repugnant to the original Constitution of 1789**. These conspired acts of collusion and practices of abusing authority are by 'Colore Officii'. This Affidavit Right to Travel/Freedom of Movement is giving due notice of suit in admiralty claims pursuant to Public Law 94 §583, 90 Statutes at Large §2892 and 28 USC 1605 and 1607 in regards to loss of immunity.

3. Ticket(s) / Suit(s) / Summons / Citation(s), etc., are all 'Bills of Exchange'. Anyone who is served with these 'implied in law' – contract – Instruments, should be made cognizant of having the 'right' to be served the 'Original' copy of the said Instrument; and their right to sign the Original Instrument, and pay it on the spot. And if the Police Officer(s) or Agent(s) denies the recipient the capacity to do so, then the Ticket(s) / Citation(s) / Bill(s) of Exchange are voided, as the process is unlawful in its nature in the first instance. The Natural Person(s) being (effectively) imposed with these Instruments are systematically denied the ability to receive the 'Original' copy of these Instrument(s) / Bill(s) of Exchange / Presentment(s), and thus the 'proper service' principle of due process is 'Colored'. The recipient

# Affidavit
# Notice of
# Right to Travel/Freedom of Movement

Revised August 2018

is, thus, disabled to 'return' the Original Instrument(s) / Presentment(s) / Bill(s) of Exchange to the issuing 'Drawer', appearing to 'not' have been willing to accept the Original, and thus 'Honor' the 'Bill(s) at the instance of the issuance of it / them. This contrived violation of 'Due Process' of Law ultimately manifests (in Court) with an Administrative / Ministerial Court 'decision' or 'conviction' made or levied against the unsuspecting, so-called, 'Violator'. This act is a supreme violation against Article III of the Constitution, and is void of law – essentially a nullity and that such an improper service, as prescribed and defined under 'The Bills of Exchange Act', constitutes 'Misrepresentation' and 'Negative Misprision'

4. I have researched extensively the organic laws of the united states of America, including two hundred years of American case law, i.e., Common Law, and affirm that I have secured the **Unalienable** and **Fundamental, Unrestricted** and **Unregulated Right to Travel** upon both the public walkways, highways, and transport my person and allodial property, duly conveyed, unhindered by Any private, corporate or statutory law, codes, regulations, ordinances or Department of Motor Vehicles (DMV) regulations or so called requirements. This unalienable right to travel is guaranteed by the 9th and 10th Amendments of the organic 1787 Constitution for the united states of America and Bill of Rights, and upheld by many court decisions in support of that right. I now explicitly **Reserve, Assert,** and **Defend** that right. I, Matthew-Christian: Pitre©™, as attorney in fact, hereby authorize this instrument for my protection and signing with only my signature making this affidavit effective immediately.

"A statute does not trump the Constitution."---**People v Ortiz, (1995) 32 Cal App. 4th at p. 292, fn. 2; Conway v Pasadena Humane Society, (1996) 45 Cal. App. 4th 163**

"It is not the duty of the police to protect you. Their job is to protect the corporation and arrest code breakers."---**Sapp v Tallahassee, 348 So. 2nd. 363; Reiff v City of Philadelphia 477 F. Supp. 1262; Lynch v NC Dept. of Justice 376 SE 2nd. 247**

"An officer who acts in violation of the Constitution cease to represent the government."---**Brookfield Const. Co. v Stewart, 284 F Supp. 94**

"…an officer may be held liable in damages to any person injured in consequence of a breach of any of the duties

"Obviously, administrative agencies, like police officers must obey the Constitution and may not deprive persons of constitutional rights."---**Southern Pac. Transportation Co. v Public Utilities Com., 18 Cal, 3d 308 [S.F. No. 23217, Supreme Court of California, November 23, 1976.]**

5. The **Affidavit Right to Travel/Freedom of Movement, Affidavit of Peace Officer Traffic Stop** and **Affidavit Notice of Liability Regarding Trespass Fee Schedule and Remedy** are submitted upon demand of a driver's license or identification, registration or proof of insurance as part of the official record of **Any** ensuing action and is to be introduced as evidence in said action.

6. I do **not** under **Any** circumstances utilize the public highways for commercial purposes. I am **not** a 14th Amendment legal person engaged in interstate commerce, **nor** do I derive income from the

travel and transport of goods or passengers. I am **not** a driver, **nor** am I an operator of a motor vehicle. The driver's license is for motor vehicles involved in commerce only. My private, consumer goods of per UCC 9-109(1), self-propelled, contrivance/conveyance is not involved in commerce, therefore, it is **not** a motor vehicle. The Department of Motor Vehicle code in all Corporate States does **not** disclose the true intent and purpose of the statutes, though a motor vehicle is adequately and clearly defined in the UNITED STATES CODE (USC).

"''Motor vehicle'' means every description of carriage or other contrivance propelled or drawn by mechanical power and **used for commercial purposes** on the highways in transportation of passengers, passengers and property, or property and cargo; ... ``**Used for commercial purposes**'' means the carriage of persons or property for **any fare, fee, rate, charge or other consideration**, or directly or indirectly in connection with any business, or other **undertaking intended for profit**[.]" **18 U.S.C. 31.**

"A carriage is peculiarly a family or household article. It contributes in a large degree to the health, convenience, comfort, and welfare of the householder or of the family." **Arthur v Morgan, 113 U.S. 495, 500, 5 S.Ct. 241, 243 S.D. NY 1884).**

"The **Supreme Court**, in **Arthur v. Morgan**, 112 U.S. 495, 5 S.Ct. 241, 28 L.Ed. 825, held that **carriages were properly classified as household effects**, and we see no reason that automobiles should not be similarly disposed of." **Hillhouse v United States,** 152 F. 163, 164 (2nd Cir. 1907).

"The privilege of using the streets and highways by the operation thereon of motor carriers for hire can be acquired only by permission or license from the state or its political subdivision."---**Black's Law Dictionary, 5th ed, page 830**

"It is settled that the streets of a city belong to the people of a state and the use thereof is an inalienable right of every citizen of the state."---**Whyte v City of Sacramento, 65 Cal. App. 534, 547, (1924); Escobedo v State Dept. of Motor Vehicles, 35 Cal. 2d 870 (1950)**

"The State is prohibited from violating substantive rights"--- **Owens v City, 445 US 662 (1980)**; and it cannot do by one power (i.e. Police power) that which is, for example, prohibited expressly to any other such power (i.e. Taxation/Eminent Domain) as a matter of law--- **US and UT v. Daniels, 22 p159**; nor indirectly that which is prohibited to it directly--- **Fairbanks v. US 181, US 283, 294, 300.**

See Annual Report of the Attorney General of the State of New York issued on July **21, 1909, ALBANY NEW YORK, pages 322-323** which reads: "**There is NO requirement that the owner of a motor vehicle shall procure a license to run the same, nor is there any requirement that any other person shall do so, unless he proposes to become a chauffeur or a person conducting an automobile as an employee for hire or wages.** Yours very truly, EDWARD R. O'MALLEY Attorney General.

7. I **cannot** in good faith apply for, accept, nor keep any existing driver's license, as I would be committing Perjury. I would have to Affirm under penalty of perjury that I am a member of, citizen of, franchise of, or resident/agent as fiduciary or surety for the corporate STATE OF MASSACHUSETTS or any corporate state thereof, when the already established facts by affidavit have evidenced that I am **not** a member of, citizen of, franchise of, or resident/agent as fiduciary or surety for the corporate STATE OF

# Affidavit
# Notice of
# Right to Travel/Freedom of Movement

Revised August 2018

MASSACHUSETTS or any corporate state thereof or of the federal UNITED STATES corporation codified in Title USC

"The right to travel; the right to mode of conveyance; the right to locomotion are all absolute Rights, and the police cannot make void the exercise of rights."--- **State v Armstead, 60 S. 778, 779 and 781**

"The use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and fundamental right of which the public and Natural Beings cannot be deprived."---**Chicago Motor Coach v Chicago 337 Illinois 200, 169, NE 22, ALR; Ligare v Chicago 139 ILL. 46, 28 HE 934; Boone v Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163**

"An information charging the driving of a motor vehicle upon a public highway without a driver's license charges no offense, as there is no such license as a driver's license known to the law."---**Keith Brookes v State, 158 Tex. Crim. 546, 258 SW 2d 317**

"An information alleging that the defendant operated a motor vehicle upon a highway without a driver's license was held insufficient to charge an offense since driver's license is not known to law."--- **W. Lee Hassell v The State, 149 Tex. Crim. 333, 194 SW 2d 400**

8. I aM **not** effectively connected with a trade of business in the corporate monopoly of the UNITED STATES government, whether federal, state, county, or municipal. I am **not** a resident U.S. citizen, but a state citizen and/or American Nationals and domiciled on the sovereign **state of indiana** republic 1850, an American National of the united states of America. I am domiciled in a foreign jurisdiction to both the corporate state and federal governments. I have **not** knowingly or willingly waived Any of my Unalienable Rights. American case law has clearly adjudicated that:

"The right of the citizen to travel upon the public highways and to transport his/her property thereon either by carriage or automobile, is not a mere privilege which a city [or State] may prohibit or permit at will, but a common right which he/she has under the right to life, liberty, and the pursuit of happiness."---**Thompson v. Smith, 154 SE 579**

"The right of a citizen to travel upon the highway and transport his property thereon in the ordinary course of life and business differs **radically an obviously from that of one who makes the highway his place of business** and uses it for private gain, in the running of a stage coach or omnibus. The former is the usual and ordinary right of a citizen, a right common to all; while the latter is special, unusual and extraordinary. As to the former, the extent of legislative power is that of regulation; but as to the latter its power is broader; the right may be wholly denied, or it may be permitted to some and denied to others, because of its extraordinary nature. This distinction, elementary and fundamental in character, is recognized by all the authorities."

NO Law requires you to record / pledge your private automobile
Page 9 of 24 In <u>Thompson v. Smith</u>, Chief of Police. Supreme Court of Appeals of Virginia. 155 Va. 367, 154 S.E. 579, 71 A.L.R. 604. Sept. 12, 1930 **it states:**

# Affidavit
# Notice of
# Right to Travel/Freedom of Movement
Revised August 2018

**Constitutional law**: Citizen's right to travel upon public highways and transport his property thereon in ordinary course of life and business is common right. The right of a citizen so to do is that which he has under his right to enjoy life and liberty, to acquire property, and to pursue happiness and safety.

**Automobiles, Highways**: Citizen's right to travel upon public highways includes right to use usual conveyances of time, including horse-drawn carriage, or automobile, for ordinary purposes of life and business.

**Injunction**: Injunction lies against enforcement of **void statute or ordinance**, where **legal remedy is not as complete or adequate as injunction**, or where **threatened or attempted enforcement will do irreparable injury to person in interfering with exercise of common fundamental personal right**. By "irreparable injury" is meant an injury of such a nature that fair and reasonable redress may not be had in a court of law and that to refuse the injunction would be a denial of justice.

**Constitutional Law § 101 - right to travel** - 5. The nature of the Federal Union and constitutional concepts of personal liberty unite to require that all citizens be free to travel throughout the length and breadth of the United States uninhibited by statutes, rules, or regulations which unreasonably burden or restrict this movement. **6.** Although not explicitly mentioned in the Federal Constitution, the right freely to travel from one state to another is a basic right under the constitution.

**Constitutional Law § 101 - law chilling assertion of rights** - **7.** If a law has no other purpose than to chill the assertion of constitutional rights by penalizing those who choose to exercise them, then it is patently unconstitutional. **Shapiro v Thompson**, 394 US 618, 22 L Ed 2d 600, 89 S Ct 1322.

Under **USC Title 42 §1986**. Action for neglect to prevent …, it states: **Every person** who, having **knowledge** that any wrongs conspired or to be done… and having power to prevent or aid in preventing … Neglects or refuses so to do … **shall** be **liable** to the **party injured**… and;

The means of **"knowledge"**, especially where it consists of public record is deemed in law to be **"knowledge of the facts"**. As the means of "knowledge" if it appears that the individual had notice or information of circumstances which would put him on inquiry, which, if followed, would lead to "knowledge", or that the facts were presumptively within his knowledge, he will have deemed to have had actual knowledge of the facts and may be subsequently liable for any damage or injury. You, therefore, have been given "knowledge of the facts" as it pertains to this conspiracy to commit a fraud against me.

For the logical purpose for a man or woman to knowingly (title 42 § 1986) execute such a deed is to hold a system together to benefit the Plaintiff at the expense of the Defendant(s) which is a breach of: Title: 42: 1985(3) [Point 1 A - h] Deprivation of our Rights.
For as the Plaintiff's Attorneys and the court are in breach of Title: 18: 1961 [Point 1 A - i] Racketeering-activity, and a breach of Title: 42: 1985(2) [Point 1 A - j] Obstruction of the Justice, causing a breach of Title: 42: CH. 21: 1983 [Point 1 A - k] Personal Injury, and a breach of Title: 42

# Affidavit
# Notice of
# Right to Travel/Freedom of Movement
Revised August 2018

"Traveling in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed nothing more than "due care" (as regards to tort for negligence) to the public and the owner owed no other duty to the public (i.e. State), he/she and his/her auto, having equal rights to and on the roadways/highways as horses and wagons, etc.; this same right is still substantive rule, in that speeding, running stop signs, traveling without license plates, or registration are not threats to the public safety, and thus, are not arrestable offenses."--- **Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905-1910; California v. Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971)**

"Even the legislature has no power to deny to a citizen the right to travel upon the highway and transport his/her property in the ordinary course of his business or pleasure, though this right may be regulated in accordance with the public interest and convenience." **[regulated means traffic safety enforcement, stop lights, signs, etc.]---Chicago Motor Coach v Chicago, 169 NE 22**

"No State government entity has the power to allow or deny passage on the highways, byways, nor waterways… transporting his vehicles and personal property for either recreation of business, but by being subject only to local regulation.ie., safety, caution, traffic lights, speed limits, etc. Travel is not a privilege requiring licensing, vehicle registration, or forced insurances."---**People v Nothaus, 147 Colo. 210; Chicago Coach Co. v City of Chicago 337 111. 200, 169 NE 22**

"Men are endowed by their Creator with certain unalienable rights, -'life, liberty, and the pursuit of happiness;' and to 'secure,' not grant or create, these rights, governments are instituted. That **property which a man has honestly acquired he retains full control of,** subject to these limitations: first, that he shall **not use it to his neighbor's injury**, and that does not mean that he must use it for his neighbor's benefit: second, that if he devotes it to a public use, he gives to the public a right to control that use; and third, that whenever the public needs require, **the public may take it upon payment of due compensation.**" <u>Budd v. People of State of New York</u>, 143 U.S. 517 (1892).

9. Any action involving a citation or ticket issued, confiscation, impound or search and seizure of my/our private property by a police officer or Any other public servant or employee or agent that carries a fine or jail time is a penalty or sanction, thus converting a right into a crime. Any citation or ticket is thus **NULL and VOID.** Under every circumstance without exception, government officials must hold the original, organic Constitution of the united states of America (1791) supreme over ANY other laws, regulations, codes, statutes or orders. Every police (executive) officer or judicial (administrative clerk) officer has sworn an Oath of Office, an oath to protect the lives, property, and rights of the citizens of the united states of America under the supreme law of the land. **ANY act to deprive state citizens or American Nationals of their constitutionally protected rights is a direct violation of their oath of office, a felony and a federal crime.**

"The Senators and Representatives before mentioned, and the Members of the several state Legislatures, and all executive and judicial officers, both of the UNITED STATES and of the several states, shall be bound by Oath of Affirmation, to support this Constitution,"—**Constitution for the united states of America, Article 6**

# Affidavit
# Notice of
# Right to Travel/Freedom of Movement

Revised August 2018

"When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerily."—**Thompson v Smith 154 SE 583**

"A judge ceases to sit as a judicial officer because the governing principal of administrative law provides that courts are prohibited from submitting their evidence, testimony, record, arguments, and rationale for that of the agency. Additionally, courts are prohibited from substituting their judgement for that of the agency. Courts in administrative issues are prohibited from even listening to or hearing arguments, presentations, or rational."---**ASIS v US Ct. SF. 140 Cal. J.**

"Ministerial officers are incompetent to receive grants of judicial power form the legislature, their acts in attempting to exercise such powers are necessarily nullities."---**Burns v Sup. Ct, SF. 140 Cal. J.**

10. ==ANY action== by a police (i.e., executive) officer, officer of the court, public servant, agent, employee, individual or government official to assert unlawful authority ==under the color of law== will be construed as a direct and willful violation of my constitutionally protected rights, and will be prosecuted to the full extent of American Law.

"Public officials are not immune from suit when they transcend their lawful authority by invading constitutional rights."---**AFLCIO v Woodward, 406 F 2d 137 t.**

There should be **no arbitrary deprivation of life or liberty, or arbitrary spoilation of property.** (Police power, Due Process) Barber v. Connolly, 113 U.S. 27, 31; Yick Yo v. Hopkins, 118 U.S. 356.

"In view of this rule a statutory provision that the supervising officials 'may' exempt such persons when the transportation is not on a commercial basis means that they **"must" exempt** them." State v. Johnson, 243 P. 1073; 6C.J.S. section 94 page 581.

11. United States Code Title 18, Chapter 13, §241 & 242

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or …

If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured –

They shall be fined under this title or imprisoned not more than ten years, or both, and if death results from the acts committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or any attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

Whoever, under color of any law, statue, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, then are prescribed for the punishment of citizens, shall be fined

under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.

Every person or city, state, or government official who under "color-of-law" deprives any legal citizen their legal rights and immunities is subject to civil and or criminal penalty, pursuant to United States Code of Law, **Title 18, Part 1, Chapter 13, Section 241 and Section 242**. The Ultra Vires Statutes do not protect such violating person(s) from prosecution as individual(s); and such violator(s) are subject to ten thousand dollars fine, and / or prison.

**Justice Bandeis** eloquently **affirmed his condemnation of abuses practiced by Government officials**, who were defendants, acting as Government officials. In the case of **Olmstead vs. U.S.** 277 US 438, 48 S.Ct. 564, 575; 72 L ED 944 (1928) **he declared**:

"Decency, security, and liberty alike **demand that Government officials shall be subjected to the same rules of conduct that are commands to the Citizen**. In a Government of laws, existence of the Government will be imperiled if it fails to observe the law scrupulously. Our Government is the potent, the omnipresent teacher.
For good or for ill, it teaches the whole people by its example. **Crime is contagious. If the Government becomes a law-breaker, it breads contempt for law**; it invites every man to become a law unto himself. It invites anarchy. To declare that, in the administration of the law, the end justifies the means would bring a terrible retribution. Against that pernicious doctrine, this Court should resolutely set its face."

12. Congressional Act of 1871 and Title 28 USC, Part VI, Chapter 176, subchapter 176, section A, 3002(15) "United States" means—(A) a Federal Corporation; thus the states illegally contracted with the federal corporation by passing the Uniform Commercial Code making themselves, as well as the unsuspecting people subject to the Federal corporation and also to the states in their new commercial capacities. Therefore, all of the laws (color of law) are contractual commercial laws and makes all crimes commercial by contract pursuant to 27 CFR 72.11. 27 CFR 72.11 Part 72-Disposition of Seized Personal Property-Table of Contents-Subpart B Definitions Commercial Crimes-Any of the following types of crimes (Federal or State): Offenses against the revenue laws; burglary; counterfeiting; forgery; kidnapping; larceny; robbery; illegal sale or possession of deadly weapons; prostitution (including soliciting, procuring, pandering, white slaving, keeping house of ill fame, and like offenses); extortion; swindling and confidence games; and attempting to commit, conspiring to commit, or compounding any of the foregoing crimes. Addiction to narcotic drugs and marijuana will be treated as if such were a commercial crime.

### The Duty of the Licensor / DMV Commissioner

The information created and surrounding the **stricti juris** doctrine regarding a particular license which may, or may not, be represented by and revealed within the contents and control of a

# Affidavit
# Notice of
# Right to Travel/Freedom of Movement

Revised August 2018

<u>license agreement</u> -- "but must be revealed upon demand, and failure to do so is <u>concealment</u>, a withholding of <u>material facts</u> (the enducing, contractual consideration) known by those who have a duty and are bound to reveal." <u>Dolcater v. Manufacturers & Traders Trust Co</u>., D.C.N.Y., 2F.Supp. 637, 641.

**Bouvier's Law Dictionary, 1914, p. 2961**
"RIGHT - A legal Right, a constitutional Right means a Right protected by the law, by the constitution, but government does not create the idea of Right or original Rights; it acknowledges them."

# Case Laws

Rights- The State did not give rights and cannot take them away as it chooses, nor establish settled maxims and procedures by which a man must be dealt with, and thus cannot abrogate or circumvent them. It thus is well settled that legislative enactments do not constitute the law of the land, but must conform to it. **[cf. Rights 16th American Jurisprudence Sec. 177; 16th American Jurisprudence 2d. Const. Law Sec 256]**

"A soldier's **personal automobile** is part of his ``**household goods**[.]'' <u>U.S. v Bomar</u>, C.A.5(Tex.), 8 F.3d 226, 235" 19A Words and Phrases - Permanent Edition (West) pocket part 94.

"The term ``**household goods**'' ... **includes everything** about the house that is usually held and enjoyed therewith and that tends to the comfort and accommodation of the household. <u>Lawwill v. Lawwill</u>, 515 P.2d 900, 903, 21 Ariz.App. 75" 19A Words and Phrases - Permanent Edition (West) pocket part 94. Cites Mitchell's Will below.

"[I]t is a jury question whether ... an automobile ... is a motor vehicle[.]" <u>United States v Johnson,</u> 718 F.2d 1317, 1324 (5th Cir. 1983).

"**The use to which an item is put, rather than its physical characteristics**, determine whether it should be classified as ``consumer goods'' under UCC 9-109(1) or ``equipment'' under UCC 9-109(2)." <u>Grimes v Massey Ferguson, Inc</u>., 23 UCC Rep Serv 655; 355 So.2d 338 (Ala., 1978).

"Under UCC 9-109 there is a real distinction between goods purchased for personal use and those purchased for business use. The two are mutually exclusive and the **principal use to which the property is put should be considered as determinative**." <u>James Talcott, Inc. v Gee</u>, 5 UCC Rep Serv 1028; 266 Cal.App.2d 384, 72 Cal.Rptr. 168 (1968).

"The **classification of goods** in UCC 9-109 **are mutually exclusive**." <u>McFadden v Mercantile-Safe Deposit & Trust Co.</u>, 8 UCC Rep Serv 766; 260 Md 601, 273 A.2d 198 (1971).

"The classification of ``goods'' under [UCC] 9-109 **is a question of fact**." <u>Morgan County Feeders, Inc. v McCormick,</u> 18 UCC Rep Serv 2d 632; 836 P.2d 1051 (Colo. App., 1992).

"The definition of ``goods'' includes an automobile." <u>Henson v Government Employees Finance & Industrial Loan Corp.</u>, 15 UCC Rep Serv 1137; 257 Ark 273, 516 S.W.2d 1 (1974).

"Automobile purchased for the **purpose of transporting buyer to and from his place of employment** was ``consumer goods'' as defined in UCC

9-109." **Mallicoat v Volunteer Finance & Loan Corp.**, 3 UCC Rep Serv 1035; 415 S.W.2d 347 (Tenn. App., 1966).

"The provisions of UCC 2-316 of the Maryland UCC do not apply to sales of consumer goods (a term which includes automobiles, whether new or used, that are bought primarily for personal, family, or household use)." **Maryland Independent Automobile Dealers Assoc., Inc. v Administrator, Motor Vehicle Admin.,** 25 UCC Rep Serv 699; 394 A.2d 820, 41 Md App 7 (1978).

"An automobile was part of testatrix' ``household goods'' within codicil. **In re Mitchell's Will,** 38 N.Y.S.2d 673, 674, 675 [1942]." 19A Words and Phrases - Permanent Edition (West) 512. Cites Arthur v Morgan, supra.

"[T]he expression ``personal effects'' clearly includes an automobile[.]" **In re Burnside's Will**, 59 N.Y.S.2d 829, 831 (1945). Cites Hillhouse, Arthur, and Mitchell's Will, supra.

"[A] yacht and six automobiles were ``personal belongings'' and ``household effects[.]''" **In re Bloomingdale's Estate**, 142 N.Y.S.2d 781, 782 (1955).

"A vehicle not used for commercial activity is a "consumer goods",… it is NOT a type of vehicle **required to be registered** and "use tax" paid of which the tab is evidence of receipt of the tax." **Bank of Boston vs Jones,** 4 UCC Rep. Serv. 1021, 236 A2d 484, UCC PP 9-109.14. And;

"It is held that a tax upon common carriers by motor vehicles is based upon a reasonable classification, and does not involve any unconstitutional discrimination, although **it does not apply to private vehicles**, or those used the owner in his own business, and not for hire." **Desser v. Wichita**, (1915) 96 Kan. 820; **Iowa Motor Vehicle Asso. v. Railroad Comrs.**, 75 A.L.R. 22.

"Thus self-driven vehicles are classified according to the use to which they are put rather than **according to the means by which they are propelled.**" **Ex Parte Hoffert**, 148 NW 20.

"Since a sale of personal property is not required to be evidenced by any written instrument in order to be valid, it has been held in North Carolina that there may be a transfer of title to an automobile without complying with the registration statute which requires a transfer and delivery of a certificate of title." N.C. Law Review Vol. 32 page 545, **Carolina Discount Corp. v. Landis Motor Co.,** 190 N.C. 157

"… It is now universally recognized that the state does possess such power (to impose such burdens and limitations upon private carriers when using the public highways for the transaction of their business] with respect to common carriers using the public highways for the transaction of their business in the transportation of persons or property for hire. That rule is stated as follows by the **supreme court of the United States**: 'A citizen may have, under the fourteenth amendment, the right to travel and transport his property upon them (the public highways) by **auto vehicle, but he has no right to make the highways his place of business by using them** as a common carrier for hire. Such use is a privilege which may be granted or withheld by the state in its discretion, without violating either the due process clause or the equal protection clause.' (**Buck v. Kuykendall**, 267 U. S. 307 [38 A. L. R. 286, 69 L. Ed. 623, 45 Sup. Ct. Rep. 324].)

# Affidavit
## Notice of
## Right to Travel/Freedom of Movement

Revised August 2018

The California Constitution in Article I, Section 8 (and similar statements made in all other state constitutions), mandates that no one "be compelled to be a witness against himself," is in agreement with the Supreme Court ruling in **Haynes v. U.S.**, 390 U.S. 85, 88 S.Ct. 722, wherein the rulin was that **to force anyone to register anything is communication and** such communicative evidence is **precluded by the 5th Amendment.**

<u>The fundamental Right to Travel is NOT a Privilege, it's a gift granted by your Maker, and restated by our founding fathers as Unalienable and cannot be taken by any Man/Government made Law or color of law known as a private Code (secret) or a Statute, To Wit:</u>

"As general rule men have natural right to do anything which their inclination may suggest, if it be not evil in itself, and in no way impairs the rights of others." **In Re Newman (1858), 9 C. 502**

"Traveling is passing from place to place-act of performing journey; and traveler is person who travels." **In Re Archy (1858) 9 C. 47**

"Right of transit through each state, with every species of property known to constitute of United States, and recognized by that paramount law, is secured by that instrument to each citizen, and doesnot depend upon uncertain and changeable ground of mere comity." **In ReArchy (1858), 9 C. 47.**

"Traffic infractions are not a crime." **People v Battle, 50 Cal. App. 3, step 1, Super, 123 Cal. Rptr. 636, 639**

"Freedom to travel is, indeed, an important aspect of the citizen's "liberty". We are first concerned with the extent, if any, to which Congress has authorized its curtailment." **(Road)—Kent v Dulles, 357 U.S. 116, 125**

"The right to travel is a part of the "liberty" of which the citizen cannot be deprived without due process of law under the Fifth Amendment. So much in conceded by the solicitor general. In Anglo Saxon law that right was emerging at least as early as Magna Carta." **Kent v Dulles, 357 U.S. 116, 125**

"First, it is well established law that the highways of the state are public property, and their primary and preferred use is for private purposes, and that their use for purposes of gain is special and extraordinary which, generally at least, the legislature may prohibit or condition as it sees fit." **Stephenson vs. Rinford**, 287 US 251; **Pachard vs Banton**, 264 US 140, and cases cited; **Frost and F. Trucking Co. vs. Railroad Commission**, 271 US 592; **Railroad commission vs. Inter-City Forwarding Co.,** 57 SW.2d 290; **Parlett Cooperative vs. Tidewater Lines,** 164 A. 313.

The Northwest Ordinance is a Treaty and is the Supreme Law of the Land states in part:
"…The waterways shall forever be free the same as the highways." **Pollards Lessee v. Hagan et al., 44 U.S. (3 How) 212,220 and 229 (1845)**

# Affidavit
# Notice of
# Right to Travel/Freedom of Movement

Revised August 2018

The Ex Post Facto Clauses forbids the Cops from imposing punishment of $550.00 for an act which was not punishable when committed or increase the quantum of punishment above $250.00, add interest or from tacking on collection costs and attorney fees pursuant to article 1, section 10 clause 1 of the United States Constitution and article 1, section 23 of the Washington State Constitution; Calder v. Bull, 3 U.S. (3 Dall.) 386, 390, 1 L. Ed. 648 (1798); Weaver v. Graham, 450 U.S. 24, 28-29, 67 L. Ed. 2d 17, 101 S. Ct. 960 (1981); State v. Hennings, 129 Wn.2d 512, 524, 525, 526, 527 (July 1996); State v. Valentine, 132 Wn.2d 1, 53, 935 P.2d 1294 (May 1st, 1997); State v. Hartke, 89 Wn. App. 143, 146, 948 P.2d 402 (December 18, 1997).

## The 1599 Geneva Bible says:

"For the desire of money [$550.00] is the root of all evil, which while some lusted after they
erred from the faith, and pierced themselves through with many sorrows. 1 Timothy 6:10.

## The King James Bible says:

"For the love of money [$550.00] is the root of all evil: which while some coveted after, they have erred from
the faith, and pierced themselves through with many sorrows." Timothy 6:10.

Therefore, I determine and hereby affirm by Affidavit and by virtue of my declared sovereign American Nationality and American case law, that I am not required to have government permission to travel, not required to have a driver's license, not required to have vehicle registration of my personal property, nor to surrender the lawful title of my duly conveyed property to the State as security against government indebtedness and the undeclared federal bankruptcy. Any administrative rule, regulation or statutory act of Any State legislature or judicial tribunal to the contrary is unlawful and clearly unconstitutional, thus Null and Void. American case law has clearly adjudicated that:

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."—**Miranda v Arizona, 384 U.S.**

"The claim and exercise of a constitutional right cannot be converted into a crime."---**Miller v U.S., 230 F 2d 486, 489**
"There can be no sanction or penalty imposed upon one because of the exercise of a constitutional right."---**Sherar v Cullen, 481 F. 945 (9th Cir. 1973); Spevack v Klein, 385 U.S. 511 (1967); GARRITY v NEW JERSEY, 385 U.S. 493 (1967); BOYD V U.S., 116 U.S. 616 (1886); MALLOY V HOGAN, 378 U.S. 1 (1964)**

"The right to travel is a part of the "liberty" of which the Natural Person, citizen cannot be deprived without due process of law under the Fifth Amendment of the united States Constitution."---**Kent v Dulles 357 US 116,125, citing Crandall v Nevada, supra and Edwards v California, supra.**

State courts, like federal courts, have a "constitutional" obligation to safeguard personal liberties and to uphold federal law. ---**Stone v. Powell 428 US 465, 96 S. Ct. 3037, 49 L. Ed. 2d 1067.**

# Affidavit
# Notice of
# Right to Travel/Freedom of Movement

Revised August 2018

*The obligation of state courts to give full effect to federal law is the same as that of federal courts*--- **New York v. Eno. 155 US 89, 15 S. Ct. 30, 39 L. Ed. 80.**

*An administrative agency may not finally decide the limits of its statutory powers; this is a judicial function.*---**Social Security Board v. Nierotko 327 US 358, 66 S. Ct. 637, 162 ALR 1445, 90 L. Ed. 719.**

Which are in violation of the Substantive Rights of the Natural People
and Citizens; and affirmatively
ruled as unconstitutional by the Supreme Court of the United States of
North America
Anti-constitutional Ticket - Instruments Issued Under the Quasi-
Criminal, Private-Entity Authority of County of Whitley, Inc., And Its
Officers; Business Located at Address of Court Here
United States of America Republic, North America

**The Constitutional Convention was called to establish a nation, not to reform the common law. The Bill of Rights, designed to protect personal liberties, was directed at rights against governmental authority, not other individuals.**

**NOTE**: 39 [Point 1 A - l] Civil Deprivation of the Rights, and a breach of Title: 42: 1983: NOTE: 319 and NOTE: 337 [Point 1 A - m] Custom & Policy and a breach of Title: 18: 241 [Point 1 A - n] Conspiracy against Rights, causing a breach of Title: 18: 242 [Point 1 A - o] Deprivation of the Rights under Color of Law, and a breach of Title: 18: 872 [Point 1 A - p] Collusion/ Coercion, and a breach of Title: 18: Ch.73:§1512 [Point 1 A - q] criminal Obstruction of the Justice, ending with a breach of Title: 28: §: 1359 [Point 1 A - r] Loss of the Jurisdiction by Collusion, all with a breach of Title: 4: §: 3 [Point 1 A - s] which is to violate the sacred character of our nation's flag.

**Fictitious conveyance of language and the LEGAL NAME**
- Lack of full transparency combined with the use of verb language (versus truth language, noun language) does cause Libellee(s) to be charged with breaching Title 18 §1001, for their [Point 1 A - a] false statements and Title 18 §1002, for their [Point 1 A - b] false papers against Defendant(s) hereafter the party that opposes a complaint.
- The 'structures' of the system, the false statements and false papers that place the Defendant(s) at a legal disability. For the party that opposes a complaint claim our handicapped status of Title: 29: U. S. Codes: 706(8)(a), and claim a breach of Title 29: U. S. Codes: 701(C)(2): the Policy for the [Point 1 A - c] rights of the handicapped: since the government is legally bound by Title: 42: ch: 126: 12182(2)(A)(iv) to make efforts to eliminate communication barriers that hinder the handicapped of which it did create.

For the Attorney(s) for the Plaintiff and the court do fully
  capitalize each name and aim to direct the pleadings to the
  fictional NOM DE GUERRE, PERSONATE false person name is a breach
  of Title 18: U. S. CODES: §1342: [Point 1 A - d] the use of
  Fiction names against living-souls is a breach of Title18 U. S.
  CODES §1341 [Point 1 A - e] to cause a Fraud and Swindle. For
  the defendant(s) by showing their true identity in upper and
  lowercase lettering with punctuation, the court is in breach of
  F.R.C.P. RULE:10(a): [Point 1 A - f] using the proper name of the

# Affidavit
# Notice of
# Right to Travel/Freedom of Movement
Revised August 2018

Party, and a breach of F.R.C.P. RULE: 17, [Point 1 A - g] only the real party of concern can be sued in the admiralty.

U.S. Code › Title 18 › Part I › Chapter 47 › § 1025
18 U.S. Code § 1025 - False pretenses on high seas and other waters

**Whoever**, upon any waters or vessel within the special maritime and territorial jurisdiction of the United States, by any fraud, or false pretense, obtains from any person anything of value, or procures the execution and delivery of any instrument of writing or conveyance of real or personal property, or the signature of any person, as maker, endorser, or guarantor, to or upon any bond, bill, receipt, promissory note, draft, or check, or any other evidence of indebtedness, or fraudulently sells, barters, or disposes of any bond, bill, receipt, promissory note, draft, or check, or other evidence of indebtedness, for value, knowing the same to be worthless, or knowing the signature of the maker, endorser, or guarantor thereof to have been obtained by any false pretenses, shall be fined under this title or imprisoned not more than five years, or both; but if the amount, value or the face value of anything so obtained does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

(June 25, 1948, ch. 645, 62 Stat. 755; May 24, 1949, ch. 139, § 22, 63 Stat. 92; Pub. L. 103-322, title XXXIII, § 330016(1)(H), (K), Sept. 13, 1994, 108 Stat. 2147; Pub. L. 104-294, title VI, § 606(a), Oct. 11, 1996, 110 Stat. 3511.)

## Bill of Rights

**Amendment 4—Search and Seizure**
The right of the People to be secure in their persons, houses, papers, and effects against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the person or thing to be seized.

**Amendment 5-** No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment of indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

**Amendment 6—Right to Speedy Trial, Confrontation of Witnesses**
In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses.

**Amendment 8-**Excessive bail shall not be required, nor excessive fines imposed, nor cruel or unusual punishments inflicted.

**Amendment 9-**The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

**Amendment 10-**The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people.

# Affidavit
# Notice of
# Right to Travel/Freedom of Movement

Revised August 2018

## Notice to Agent is Notice to Principal
## Notice to Principal is Notice to Agent

The binding Official Oath, and Oath of Ethics taken by all present person(s), and any past person(s), formerly holding Public Trust or Public Office; and by virtue of that Trust, are obligated under the Authority of The United States of America Republic, and by the Supreme Law of the Land, to not abridge; not to Dishonor; but to respect and protect the Substantive Rights, Liberties, and Immunities of the People. The Obligations of all Officials, holding seats of Government, or occupying positions of authority, still stands.

If men, **through fear, fraud or mistake**, should in terms renounce or **give up any natural right**, the eternal law of reason and the grand end of society would absolutely vacate such renunciation. **The right to freedom** being the gift of Almighty God, it is **not in the power of man to alienate this gift and voluntarily become a slave.** Samuel Adams, our great president.

Pursuant to Title 28 UNITED STATES CODE (USC) §1746(1) and executed without the UNITED STATES, I/WE affirm under penalty and perjury under the laws of the united states of America that the foregoing is true and correct to the best of my/our informed knowledge and beliefs.



/s/ _____
Matthew-Christian:Pitre©™
Attorney in Fact, Sole Beneficiary, Executrix, Authorized Representative, Sui Juris

_____
Witness #1

_____
Witness #2

Notary Signature: _____

My Commission Expires: 9-12-2025

Justin Edward Nolan
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires
9/12/2025

Title 42 Penalties for Government Officers

The authority for fines (damages) caused by crimes by government officers.

These Damages were determined by GOVERNMENT itself for the violation listed.

Breach Penalty Authority

| Violation | Penalty | Authority |
|---|---|---|
| Violation of Oath of Office | $ 250,000. | 18 USC 3571 |
| Denied Proper Warrant(S) | $ 250,000. | 18 USC 3571 |
| Denied Right of Reasonable Defense Arguments | $ 250,000. | 18 USC 3571 |
| Defense Evidence (records) | $ 250,000. | 18 USC 357I |
| Denied Right to Truth In Evidence | $ 250,000. | 18 USC 3571 |
| Slavery (Forced Compliance to contracts not held) | $ 250,000. | 18 USC 3571 |
| Denied Provisions in the Constitution | $ 250,000. | 18 USC 3571 |
| Treason (combined above actions) | $ 250,000. | 18 USC 3571 |
| Genocide | $1,000,000. | 18 USC 1091 |
| Misprision of Felony | $ 500. | 18 USC 4 |
| Conspiracy | $ 10,000. | 18 USC 241 |
| Extortion | $ 5,000. | 18 USC 872 |
| Mail Threats | $ 5,000. | 18 USC 876 |
| Fraud | $ 10,000. | 18 USC 1001 |
| Falsification of Documents | $ 10,000. | 18 USC 1001 |
| Perjury | $ 2,000. | 18 USC 1621 |
| Subornation of Perjury | $ 2,000. | 18 USC 1622 |
| Grand Theft each | $ 250,000. | 18 USC 2112 |

To determine multiply no. of counts by damage 18 USC 3571

| | | |
|---|---|---|
| Racketeering (Criminal) | $ 25,000. | 18 USC 1963 |
| Racketeering (Civil) | | |
| Wages Taken | $ x3 = 5? | 18 USC 1964 |

7

(Sustained Damages [total] x 3)
Eight (8) Constitutional violations from Count 1: =   $ 3,825,000. Damages Dealing with claims of "immunity."
Any claim of " immunity" is a fraud because, if valid, it would prevent removal from office for crimes against the people, which removal is authorized or even mandated under U.S. Constitution Article 2, Section IV; as well as 18 USC 241, 42 USC 1983, 1985, 1986, and other state Constitutions.
   Precedents of Law established by COURT cases, which are in violation of law, render violations of law legally unassailable. Such a situation violates several specifically stated intents and purposes of the Constitution set forth in the Preamble; to establish justice, insure domestic tranquility, and secure the-blessings of liberty. This is for JUDGES, or anyone in any branch of government.

| | |
|---|---|
| Violation of Oath of Office | $ 250,000. 18 USC 3571 |
| Denied Proper Warrant(S) | $ 250,000. 18 USC 3571 |
| Slavery (Forced Compliance to contracts not held) | $ 250,000. 18 USC 3571 |
| Denied Provisions in the Constitution | $ 250,000. 18 USC 3571 |
| Conspiracy | $ 10,000. 18 USC 241 |
| Extortion | $ 5,000. 18 USC 872 |
| Falsification of Documents | $ 10,000. 18 USC 1001 |
| Grand Theft each | $ 250,000. 18 USC 2112 |