# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MATTHEW PITRE
*also known as*
Matthew Christian Pitre

        Plaintiff

   v.

                                                                 Civil Action No.  1:21-cv-220

JACOB BECHTOLD
*PTL, Ligonier Police Department*

       Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Holly A. Brady.

DATE: 6/7/2021                              ROBERT N. TRGOVICH, CLERK OF COURT

                                                     by   s/ B. Scheumann
                                                     *Signature of Clerk or Deputy Clerk*